RECEIVED

APR 17 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 4:19-CR-068 |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| DANIELLE DEANN LASLEY EAKINS, ) | T. 18 U.S.C. § 922(g)(1) |
| ) | T. 18 U.S.C. § 924(a)(2) |
| Defendant. ) | T. 18 U.S.C. § 924(c)(1)(A)(i) |
| ) | T. 18 U.S.C. § 924(d) |
| ) | T. 21 U.S.C. § 841(a)(1) |
| ) | T. 21 U.S.C. § 841(b)(1)(A) |
| ) | T. 21 U.S.C. § 841(b)(1)(B) |
| ) | T. 21 U.S.C. § 841(b)(1)(C) |
| ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Distribution of Methamphetamine)**

On or about October 18, 2018, in the Southern District of Iowa, the defendant, DANIELLE DEANN LASLEY EAKINS, did knowingly and intentionally distribute at least 5 grams of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
**(Distribution of Methamphetamine)**

On or about October 26, 2018, in the Southern District of Iowa, the defendant, DANIELLE DEANN LASLEY EAKINS, did knowingly and intentionally distribute at least 50 grams of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Distribution of Methamphetamine)

On or about November 15, 2018, in the Southern District of Iowa, the defendant, DANIELLE DEANN LASLEY EAKINS, did knowingly and intentionally distribute a mixture and substance containing methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Use of Firearm During and in Relation to Drug Trafficking Crime)

On or about November 15, 2018, in the Southern District of Iowa, the defendant, DANIELLE DEANN LASLEY EAKINS, did knowingly use a firearm, that is, a Hi-Point, Model JCP, .40 caliber pistol, bearing serial number 7237604, during and in relation to a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, distribution of methamphetamine as alleged in Count 3 of this Indictment.

This is a violation Title 18, United States Code, Section 924(c)(1)(A)(i).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**
**(Felon in Possession of a Firearm)**

On or about November 15, 2018, in the Southern District of Iowa, the defendant, DANIELLE DEANN LASLEY EAKINS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Hi-Point, Model JCP, .40 caliber pistol, bearing serial number 7237604.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 6**
**(Felon in Possession of a Firearm)**

On or about December 20, 2018, in the Southern District of Iowa, the defendant, DANIELLE DEANN LASLEY EAKINS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Taurus, Model PT740, .40 caliber pistol, bearing serial number SEW08482.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offenses alleged in Count 4, Count 5, and/or Count 6 of this Indictment, the defendant, DANIELLE DEANN LASLEY EAKINS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearms and ammunition involved in the commission of said offenses.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: *[signature]*
Ryan W. Leemkuil
Assistant United States Attorney